

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Everett R. Witherell*  
*Direct Dial: (215) 861-8327*  
*Facsimile: (215) 861- 8618*  
*E-mail Address: Everett.witherell@usdoj.gov*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

October 23, 2025

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

  Re: <u>United States v. Kevin Krebs, 25-mj-2135</u>

Dear Clerk:

  Please unimpound the Complaint and Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on October 21, 2025.

         Very truly yours,

         DAVID METCALF  
         United States Attorney

         */s/ Everett R. Witherell*  
         Everett R. Witherell  
         Assistant United States Attorney